## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

                Respondent

      v.

PHILLIP TAYLOR,

                Petitioner

: No. 120 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

                Respondent

      v.

PHILLIP TAYLOR,

                Petitioner

: No. 121 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.